No. 01–6640.  HALEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6641.  BEAR v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–6655.  FONTANEZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–6658.  POUND v. HOUSTON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–6660.  COX v. DOBRE, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–6661.  TURNER v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–6666.  COUCH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6667.  CAMPUZANO-MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6668.  CHIANELLI v. ENVIRONMENTAL PROTECTION AGENCY.  C. A. Fed. Cir.  Certiorari denied.

No. 01–6669.  MOORE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6670.  FURNISH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–6671.  GALLARDO-MARQUEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–6674.  ABDULLAH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6675.  CASAS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–6677.  BUSBY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.